
Randall G. Nelson
NELSON LAW FIRM, P.C.
2619 St. Johns Avenue, Suite E
Billings, MT  59102
(406) 867-7000
(406) 867-0252 Fax
rgnelson@nelsonlawmontana.com
      Attorneys for United Financial Casualty
      Company and The Progressive Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| YELLOWSTONE RENTAL PROPERTIES, LLC, </br></br>      Plaintiff, </br></br>vs. </br></br>UNITED FINANCIAL CASUALTY COMPANY, THE PROGRESSIVE CORPORATION, BRYAN MCCLEAN, and MCCLEAN FAMILY INVESTMENTS dba MCCLEAN FAMILY INSURANCE AGENCY, </br></br>      Defendants. | Cause No.  **CV-21-79-BLG-SPW-TJC** </br></br> **UNITED FINANCIAL CASUALTY COMPANY AND THE PROGRESSIVE CORPORATION'S NOTICE OF REMOVAL** |

      Defendants, United Financial Casualty Company ("UFCC") and The

Progressive Corporation ("Progressive"), by and through their attorneys, Nelson

Law Firm, P.C., as Defendants in *Yellowstone Rental Properties, LLC, vs. United*

*Financial Casualty Company, The Progressive Corporation, Bryan McClean, and McClean Family Investments dba McClean Family Insurance Agency*, Cause No. DV 21-0150 in the Thirteenth Montana Judicial District Court, Yellowstone County, hereby petitions for removal of the above-described cause of action to this Court and respectfully shows as follows:

1. The citizenship of the parties is diverse in that UFCC is an Ohio domiciliary, and is owned by Drive Insurance Holdings Inc.  Drive Insurance Holdings Inc. (formerly called Progressive Agency Holdings Inc.) is a domiciliary of the state of Delaware, and is owned by The Progressive Corporation.  The Progressive Corporation is a citizen of the state of Ohio.  It is a publicly traded holding company.  UFCC has been at all times pertinent to this litigation a citizen of the state of Ohio.  Plaintiff, Yellowstone Rental Properties, LLC, is a Montana limited liability company in good standing, with its principal office in Billings, Montana.  The amount in controversy, as claimed by Plaintiff, exceeds the jurisdictional amount.  This Court therefore has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332.

2. The amount in controversy is in excess of $75,000.

3. The above-entitled cause of action is therefore proper for removal to this Court pursuant to 28 U.S.C. § 1441(a).

4. Progressive was served on June 17, 2021. Pursuant to Rule 12, Mont. R. Civ. P., Progressive has 21 days to appear, answer, or plead. Removal is therefore timely and proper pursuant to 28 U.S.C. § 1446(b).

5. Copies of all process, pleadings, and orders served upon Progressive in the above-entitled action are attached hereto and incorporated by reference herein as Exhibit A, as required by 28 U.S.C. § 1446(a).

Dated this 12th day of July, 2021.

/s/ Randall G. Nelson
Randall G. Nelson
NELSON LAW FIRM, P.C.
ATTORNEYS FOR UNITED
FINANCIAL CASUALTY
COMPANY AND THE
PROGRESSIVE CORPORATION