IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| YELLOWSTONE RENTAL PROPERTIES, LLC, | CV  21-79-BLG-SPW-TJC |
| Plaintiff, | **ORDER** |
| vs. | |
| UNITED FINANCIAL CASUALTY COMPANY; THE PROGRESSIVE CORPORATION; BRYAN MCCLEAN; and MCCLEAN FAMILY INVESTMENTS, *d/b/a* MCCLEAN FAMILY INSURANCE AGENCY, | |
| Defendants. | |

A preliminary pretrial conference in this matter will be held on December 7, 2021.  (Doc. 8.)  After removal to this Court by Defendants United Financial Casualty Company and the Progressive Corporation (Doc. 1.), Bryan McClean filed an Answer as a pro se litigant individually and on behalf of McClean Family Investments, *doing business as* McClean Family Insurance Agency, and indicated the entity is a dissolved LLC.  (Doc. 6.)

"It is a longstanding rule that corporations and other unincorporated associations must appear in court through an attorney."  *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004) (citations and internal quotation marks omitted).  Further, a claim against a corporation "survives

the corporation's dissolution."  *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  *See also Zen Corp. v. New West Bus. Dev.*, 2004 WL 1055279, at *1-2 (C.D. Cal. May 5, 2004) (holding that "pro se representation of a dissolved corporation is impressible.").

Accordingly, **IT IS HEREBY ORDERED** that Defendant McClean Family Investments retain counsel to represent it in this case.  Defendant shall have until **November 16, 2021**, for its counsel to enter an appearance, or to show cause why an appearance was not possible.

DATED this 27th day of October, 2021.

_____

TIMOTHY J. CAVAN
United States Magistrate Judge