IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| YELLOWSTONE RENTAL PROPERTIES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY; THE PROGRESSIVE CORPORATION; BRYAN MCCLEAN; and MCCLEAN FAMILY INVESTMENTS, *d/b/a* MCCLEAN FAMILY INSURANCE AGENCY,<br><br>    Defendants. | CV 21-79-BLG-SPW-TJC<br><br>**ORDER** |

Defendant United Financial Casualty Company ("UFCC") has filed a Motion to Amend Answer, which Plaintiff does not oppose. (Doc. 15.) Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant UFCC's motion (Doc. 15) is **GRANTED**. UFCC shall promptly file its First Amended Answer in accordance with Local Rule 15.1.

DATED this 17th day of December, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge