Brandon Hoskins
Bryce Burke
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Brandon.hoskins@moultonbellingham.com
Bryce.burke@moultonbellingham.com

Attorneys for Plaintiff Yellowstone Rental Properties, LLC

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| YELLOWSTONE RENTAL PROPERTIES, LLC,<br><br>Plaintiff,<br><br>-vs-<br><br>UNITED FINANCIAL CASUALTY COMPANY, THE PROGRESSIVE CORPORATION, BRYAN MCCLEAN, MCCLEAN FAMILY INVESTMENTS dba MCCLEAN FAMILY INSURANCE AGENCY, NORTHERN STATES AGENCY, INC.; and KRAFT LAKE INSURANCE AGENCY, INC.<br><br>Defendants. | Case No. CV-21-79-BLG-SPW-TJC<br><br>**MOTION AND REQUEST FOR DEFAULT JUDGMENT**<br><br>*Under Fed R. Civ. P 55(b)(1)* |

Yellowstone Rental Properties, LLC ("Yellowstone") respectfully requests that the Court enter a default judgment against Defendant Kraft Lake Insurance

*Request for Entry of Default Judgment*     1

Agency, Inc. ("Kraft Lake") in accordance with Fed R. Civ. P 55(b)(1). In support of this Motion, Yellowstone states:

1. On March 29, 2022, Kraft Lake was served with a Summons and Complaint.

2. As of the date of this Motion, more than 21 days has elapsed since Kraft Lake was served. Kraft Lake has failed to file a responsive pleading or otherwise make an appearance in this action.

3. Default was entered against Kraft Lake on July 7, 2022.

4. Neither Kraft Lake nor a representative of Kraft Lake have appeared in this case.

5. The Court can enter final judgment in favor of Yellowstone against Kraft Lake, because the claims against Kraft Lake are severable and can be adjudicated without affecting the rights of the other defendants in this case.

6. In its Complaint, Yellowstone asserted a claim for a sum certain of $1,764,827.37, which was related to the award of damages that was granted to Yellowstone in the underlying litigation against Rainbelt Oilfield Services, LLC.

7. In addition, interest should continue to accrue at the post-judgment rate as provided in 28 U.S.C. § 1961 from the date of judgment until paid.

Therefore, it is requested that Kraft Lake's default judgment be entered by the Court, under Fed R. Civ. P 55(b)(1). A proposed default judgment order is submitted with this request.

**DATED** this 8th day of July, 2022.

          MOULTON BELLINGHAM PC

By: */s/ Bryce Burke*
    BRANDON HOSKINS
    BRYCE BURKE
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT 59103-2559

Attorneys for Yellowstone Rental Properties, LLC

*Request for Entry of Default Judgment*    3