IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| YELLOWSTONE RENTAL PROPERTIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, THE PROGRESSIVE CORPORATION; BRYAN MCCLEAN; MCCLEAN FAMILY INVESTMENTS, *d/b/a* MCCLEAN FAMILY INSURANCE AGENCY; NORTHERN STATES AGENCY, INC.; and KRAFT LAKE INSURANCE AGENCY, INC.,<br><br>Defendants. | CV 21-79-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on Defendant Northern States Agency, Inc's Motion to Dismiss (Doc. 47). (Doc. 59). The Magistrate recommended that the motion be denied. (Doc. 59 at 17).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error.

1

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 59) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Northern States Agency, Inc.'s Motion to Dismiss (Doc. 47) is DENIED.

DATED this 21st day of February, 2023.

SUSAN P. WATTERS
United States District Judge