IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| YELLOWSTONE RENTAL PROPERTIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, THE PROGRESSIVE CORPORATION; BRYAN MCCLEAN; MCCLEAN FAMILY INVESTMENTS, *d/b/a* MCCLEAN FAMILY INSURANCE AGENCY; NORTHERN STATES AGENCY, INC.; and KRAFT LAKE INSURANCE AGENCY, INC.,<br><br>Defendants. | CV 21-79-BLG-SPW<br><br>ORDER ENTERING DEFAULT JUDGMENT |

Plaintiff Yellowstone Rental Properties, LLC ("Yellowstone") filed to Motion and Request for Default Judgment against Defendant Kraft Lake Insurance Agency, Inc. ("Kraft Lake"). (Doc. 54). A Complaint was filed against and served upon Kraft Lake on March 29, 2022. Kraft Lake has not appeared, plead, or otherwise defended the suit. The Clerk of Court has entered Kraft Lake's default. (Doc. 53).

Accordingly, with good cause being shown, Yellowstone's motion (Doc. 54) is GRANTED. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered against Defendant Kraft Lake Insurance Agency, Inc. the Judgment amount is calculated as follows:

1. $1,764,827.37 as a sum certain amount of actual damages.
2. Post-judgment interest under 28 U.S.C. § 1961 (a) at the rate of 2.8% from the date of judgment until paid.

DATED this 24th day of February, 2023.

SUSAN P. WATTERS
United States District Judge