| | |
|---|---|
| Michael P. Manning | Mark D. Parker |
| RITCHIE MANNING KAUTZ PLLP | PARKER, HEITZ & COSGROVE, PLLC |
| 175 N. 27th Street | 401 N. 31st Street, Suite 805 |
| Suite 1206 | P.O. Box 7212 |
| Billings, MT  59101 | Billings, MT  59103-7212 |
| Telephone: (406) 601-1400 | Telephone: (406) 245-9991 |
| mmanning@rmkfirm.com | markdparker@parker-law.com |

*Counsel for Defendant Kraft Lake Insurance Agency, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS

| | |
|---|---|
| YELLOWSTONE RENTAL PROPERTIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY; THE PROGRESSIVE CORPORATION; BRYAN MCLEAN; MCCLEAN FAMILY INVESTMENTS *d/b/a* MCCLEAN FAMILY INSURANCE AGENCY; NORTHERN STATES AGENCY, INC.; and KRAFT LAKE INSURANCE AGENCY, INC.,<br><br>Defendants. | No. CV 21-79-BLG-SPW-TJC<br><br>**DEFENDANT KRAFT LAKE INSURANCE AGENCY'S MOTION TO VACATE DEFAULT JUDGMENT** |

Under Federal Rules of Civil Procedure 54(b) and 55(c)—and to the extent applicable, Rule 60(b)(1)—Defendant Kraft Lake Insurance Agency, Inc. respectfully moves for an order vacating the default judgment entered against it on February 24, 2023.  *See* Dkt. 63.  As required by Local Rule 7.1(c)(1), Kraft Lake's counsel contacted counsel for Plaintiff Yellowstone Rental Properties, LLC regarding this motion.  Yellowstone Rental opposes the motion.  Kraft Lake has separately filed a brief in support of this motion.  *See* D. Mont. L.R. 7.1(d)(1)(A).

Dated:  March 23, 2023

                                              Respectfully submitted,

                                              */s/ Michael P. Manning*
                                              Michael P. Manning

                                              *Counsel for Defendant Kraft Lake Insurance Agency, Inc.*