IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| YELLOWSTON RENTAL PROPERTIES, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, THE PROGRESSIVE CORPORATION, BRYAN MCCLEAN, MCCLEAN FAMILY INVESTMENTS d/b/a MCCLEAN FAMILY INSURANCE AGENCY, and KRAFT LAKE INSURANCE AGENCY, INC.,<br><br>            Defendants. | CV 21-79-BLG-SPW-TJC<br><br>ORDER DISMISSING DEFENDANTS UNITED FINANCIAL CASUALTY COMPANY AND THE PROGRESSIVE CORPORATION WITH PREJUDICE |

Plaintiff Yellowstone Rental Properties, LLC has filed a Motion to Dismiss Defendants United Financial Casualty Company and The Progressive Corporation (Doc. 87) only from this matter. For good cause being shown,

**IT IS HEREBY ORDERED** that Defendants United Financial Casualty Company and The Progressive Corporation are **DISMISSED WITH PREJUDICE** from this matter with each party to pay their own costs and attorneys' fees. The above caption shall be amended moving forward so as to

1

exclude mention of Defendants United Financial Casualty Company and the Progressive Corporation.

    The Clerk of Court is directed to notify the parties of the making of this Order.

    DATED this 12th day of June, 2023.

                                                            SUSAN P. WATTERS
                                                           United States District Judge