IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| YELLOWSTON RENTAL PROPERTIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN MCCLEAN, MCCLEAN FAMILY INVESTMENTS d/b/a MCCLEAN FAMILY INSURANCE AGENCY, and KRAFT LAKE INSURANCE AGENCY, INC.,<br><br>Defendants. | CV 21-79-BLG-SPW-TJC<br><br>ORDER DISMISSING DEFENDANTS BRYAN MCCLEAN AND MCCLEAN FAMILY INVESTMENTS d/b/a MCCLEAN FAMILY INSURANCE AGENCY WITH PREJUDICE |

Upon the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 91) of Bryan McClean and McClean Family Investments d/b/a McClean Family Insurance Agency, by and between their counsel of record, and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Bryan McClean and McClean Family Investments d/b/a McClean Family Insurance Agency are **DISMISSED WITH PREJUDICE** from this matter with each party to pay their own costs and attorney's fees.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 25th day of July, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge