IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| YELLOWSTONE RENTAL PROPERTIES, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KRAFT LAKE INSURANCE AGENCY, INC.,<br><br>　　　　　　Defendant. | CV 21-79-BLG-SPW-TJC<br><br>**ORDER** |

　　Before the Court is Plaintiff's unopposed motion seeking to vacate the deadline set to respond to Defendant Kraft Lake Insurance Agency Inc.'s Motion to Vacate Default Judgment until after the close of limited discovery. (Doc. 89.) A status conference was held on July 27, 2023, and Plaintiff requested an additional 45 days to respond to Defendant's motion. Good cause appearing,

　　IT IS HEREBY ORDERED that Plaintiff shall file its response brief on or before **September 11, 2023**.

　　IT IS ORDERED.

　　DATED this 27th day of July, 2023.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　United States Magistrate Judge