Mark D. Parker
PARKER, HEITZ, & COSGROVE, PLLC
P.O. Box 7212
Billings, Montana 59103-7212
Phone: (406) 245-9991
Fax: (406) 245-0971
markdparker@parker-law.com

Michael P. Manning
RITCHIE MANNING KAUTZ PLLP
175 N. 27th Street
Suite 1206
Billings, MT 59101
Telephone: (406) 601-1400
mmanning@rmkfirm.com

*Attorneys for Defendant Kraft Lake Insurance Agency, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS

| | |
|---|---|
| YELLOWSTONE RENTAL PROPERTIES, LLC, | Cause No.: 1:21-CV-00079-BLG-SPW |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| KRAFT LAKE INSURANCE AGENCY, INC. | |
| Defendant. | |

The remaining parties in this matter, Yellowstone Rental Properties, LLC and Kraft Lake Insurance Agency, Inc., have settled. Dismissal documents will be forthcoming in less than thirty days.

DATED this 6th day of February, 2024.

                                  PARKER, HEITZ & COSGROVE, PLLC

                                  /s/ *Mark D. Parker*
                                  MARK D. PARKER
                                  401 N. 31st Street., Suite 1600
                                  P.O. Box 7212
                                  Billings, MT 59103-7212
                                  Attorneys for Kraft Lake Insurance Agency, Inc.