IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| YELLOWSTON RENTAL PROPERTIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT LAKE INSURANCE AGENCY, INC.,<br><br>Defendant. | CV 21-79-BLG-SPW<br><br>ORDER |

Upon Stipulation between the parties hereto (Doc. 105), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

The Clerk of Court is ordered to close the case.

DATED this 6th day of March, 2024.

*Susan P. Watters*
Susan P. Watters
U. S. DISTRICT JUDGE

1